**No. 09-1194. Jeanne Biggs, et vir, Petitioners v. Eaglewood Mortgage, LLC, et al.**

560 U.S. 939, 130 S. Ct. 3360, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4545.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 864.

**No. 09-1201. Jack L. Jordan, Petitioner v. Department of Labor.**

560 U.S. 940, 130 S. Ct. 3361, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4508.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 352 Fed. Appx. 187.

**No. 09-1216. Latia M. Jones, Petitioner v. Superior Protection Services, Inc., aka Superior Security Services.**

560 U.S. 940, 130 S. Ct. 3361, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4415.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-1220. Allied Electrical Contractors, Inc., Petitioner v. Line Construction Benefit Fund.**

560 U.S. 940, 130 S. Ct. 3361, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4437.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 591 F.3d 576.

**No. 09-1252. Roy H. Lubit, Petitioner v. Elana B. Lubit.**

560 U.S. 940, 130 S. Ct. 3362, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4462.

June 1, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 65 App. Div. 3d 954, 885 N.Y.S.2d 492.

**No. 09-1263. Shaheed Taalib'din Madyun, Petitioner v. Kirby Linjer.**

560 U.S. 940, 130 S. Ct. 3369, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4391,

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 333 Fed. Appx. 132.

**No. 09-1304. Padma Rao, Petitioner v. City of Evanston, Illinois.**

560 U.S. 940, 130 S. Ct. 3370, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4532,

June 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 1109, 367 Ill. Dec. 834, 982 N.E.2d 984.